IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATION          MDL No. 2327

---

THIS DOCUMENT RELATES TO:

*Julie Wroble, et al. v. Ethicon, Inc., et al.*          Civil Action No. 2:12-cv-00883

# MEMORANDUM OPINION AND ORDER
(*Daubert* Motion re: Shelby Thames, Ph.D.)

Pending before the court is the *Daubert* Motion to Exclude Certain Opinion Testimony of Shelby Thames, Ph.D. Pursuant to Federal Rule of Evidence 702 [ECF No. 113] filed by the plaintiffs. The Motion is now ripe for consideration because briefing is complete.

The plaintiffs argue that the exclusion of Dr. Thames's general causation testimony necessitates the exclusion of his specific causation testimony. However, the plaintiffs fail to show why the exclusion of one necessitates exclusion of the other. The plaintiffs' Motion is **DENIED**.

The court **ORDERS** that the *Daubert* Motion to Exclude Certain Opinion Testimony of Shelby Thames, Ph.D. Pursuant to Federal Rule of Evidence 702 [ECF No. 113] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 3, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE